```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 07117
    CHERYL D SAMPSON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-9103


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 04/19/2007 and was confirmed 06/25/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 11/19/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                             PAID            PAID
--------------------------------------------------------------------------
FREEMONT INVESTMENT & LO   CURRENT MORTG        .00             .00             .00
FREMONT INVESTMENT & LOA   CURRENT MORTG        .00             .00             .00
HSBC AUTO FINANCE          SECURED NOT I    14765.89            .00             .00
AMEX                       UNSECURED        NOT FILED           .00             .00
CAPITAL ONE                UNSECURED         1448.26            .00             .00
CAPITAL ONE AUTO FINANCE   UNSECURED         7194.54            .00             .00
SPRINT PCS                 UNSECURED        NOT FILED           .00             .00
SULLIVAN URGENT AID CENT   UNSECURED        NOT FILED           .00             .00
ADVOCATE MEDICAL GROUP     UNSECURED        NOT FILED           .00             .00
INGALLS MEMORIAL HOSPITA   UNSECURED        NOT FILED           .00             .00
INGALLS MEMORIAL HOSPITA   UNSECURED        NOT FILED           .00             .00
NICOR GAS                  UNSECURED          307.58            .00             .00
AT&T WIRELESS              UNSECURED          763.71            .00             .00
FREMONT INVESTMENT & LOA   MORTGAGE ARRE        .00             .00             .00
FREMONT INVESTMENT & LOA   MORTGAGE ARRE        .00             .00             .00
CAVALRY PORTFOLIO SERVIC   UNSECURED         6645.76            .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         1851.45            .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      2,334.00                         448.71
TOM VAUGHN                 TRUSTEE                                            33.25
DEBTOR REFUND              REFUND                                               .00

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                   RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              481.96

PRIORITY                                      .00
SECURED                                       .00
UNSECURED                                     .00
ADMINISTRATIVE                             448.71
TRUSTEE COMPENSATION                        33.25

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 07117 CHERYL D SAMPSON
```

```
DEBTOR REFUND                                                              .00
                                           ----------------    ----------------
TOTALS                                              481.96              481.96
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                       /s/ Tom Vaughn
Dated: 02/26/08                        _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE
```